**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **ONTARIO D. DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 5:14-CV-176 (MTT)** |
| ) | |
| **CAROLYN W. COLVIN, Acting** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

<u>**ORDER**</u>

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 12).  The Magistrate Judge recommends granting the Commissioner's motion (Doc. 11) to remand this case under Sentence Six of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  The Plaintiff did not object to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is **ADOPTED** and made the order of this Court.  Accordingly, the Plaintiff's case is **REMANDED** to the Appeals Council for further administrative action pursuant to Sentence Six of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), as outlined in the Recommendation.

**SO ORDERED,** this 25th day of August, 2014.


<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT